(125 So. 921)

**Mary HARBIN v. CITY OF BIRMINGHAM.**
**(6 Div. 775.)**

Court of Appeals of Alabama.    Jan. 29, 1930.

PER CURIAM.    Appeal dismissed by appellant.

(127 So. 920)

**Mose HARDEN v. STATE.**
**8 Div. 966.**

Court of Appeals of Alabama.
March 25, 1930.

BRICKEN, P. J. ·

This appeal is from a judgment of conviction for a violation of the prohibition laws of the state. The appellant was duly sentenced to hard labor for the county. The record proper, upon which the appeal is here predicated, appears regular and without error. The judgment of conviction from which this appeal was taken is affirmed.

Affirmed.

(119 So. 921)

**M. C. HARMON v. STATE.    (6 Div. 411.)**

Court of Appeals of Alabama.    Jan. 4, 1929.

PER CURIAM.    Appeal dismissed on motion of appellant.

(122 So. 923)

**E. H. HARRELL v. STATE.    (6 Div. 598.)**

Court of Appeals of Alabama.    May 21, 1929.

BRICKEN, P. J.    Appeal dismissed, on motion of appellant.

(127 So. 920)

**Gifford HARRELL v. STATE.**
**I Div. 959.**

Court of Appeals of Alabama.
April 15, 1930.

BRICKEN, P. J.

Appeal dismissed.

(127 So. 920)

**Arthur HARRIS v. STATE.**
**I Div. 856.**

Court of Appeals of Alabama.
Nov. 26, 1929.

Rehearing Denied Jan. 7, 1930.

C. L. Hybart, of Monroeville, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

RICE, J.
Affirmed.